IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN PROVENCIO,                                                                                PLAINTIFF
# 269126

v.                                            4:23CV01102-JM-JTK

ERIC HIGGINS, et al.                                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Pending is Defendants Higgins, Holmes, Fryer, Bogard, D. Green, M. Green, C. Moseley, D. Harris, Rembly, Brooks, Washington, and C. Miller (collectively, "Defendants") Motion to Dismiss for failure to prosecute. (Doc. No. 72).

Defendants filed a Motion to Compel on March 15, 2024. (Doc. No. 40). On March 18, 2024, the Court directed Plaintiff to respond to Defendants' Motion within fifteen days. (Doc. No. 42). On March 22, 2024, Plaintiff filed certain discovery responses in the record (Doc. No. 49) but did not respond to Defendants' Motion to Compel.

On April 9, 2024, the Court granted in part and denied in part Defendants' Motion to Compel and directed Plaintiff to fully respond to certain discovery requests. (Doc. No. 55). The

Court warned Plaintiff that if he did not cooperate in the discovery process, he could face sanctions, up to an including the dismissal of this case. (Id. at 5). In response, Plaintiff filed additional discovery responses. (Doc. No. 57).

Plaintiff's additional responses, though, were not complete. (Id.). As a result, on April 19, 2024, Defendants asked Plaintiff to further supplement his responses to Request for Production No. 2 and answers to Interrogatory Nos. 4, 5, 9, and 11. The Court notes Plaintiff had been ordered to fully respond to each of these requests and Plaintiff's deadline to do so was April 30, 2024. (Doc. No. 55). By May 9, 2024, Plaintiff had not provided any supplemental responses. (Doc. No. 72 at ¶ 7). Defendants now ask that Plaintiff's case be dismissed for failure to prosecute. (Doc. No. 72).

Plaintiff has not responded to Defendants' Motion to Dismiss and the time for doing so has passed.

Federal Rule of Civil Procedure 41(b) governs involuntary dismissal. Rule 41(b) reads:

> Involuntary Dismissal; Effect. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

FED. R. CIV. P. 41(b).

In addition, Rules 37(b)(2)(A)(v) and 37(d)(3) of the Federal Rules of Civil Procedure provide that if a party fails to obey an order to provide discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action.

Here, Plaintiff failed to comply with the Courts' April 9, 2024 Order directing Plaintiff to fully respond to certain of Defendants' discovery requests. And Plaintiff failed to respond to

Defendants' Motion to Dismiss. Under these circumstances, the Court finds that Plaintiff's Complaint, as amended, should be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. No. 72) be GRANTED;

2. Plaintiff's Complaint, as amended, be DISMISSED without prejudice; and

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

Dated this 5th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE