IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN PROVENCIO,**  **PLAINTIFF**
**# 269126**

v.  CASE NO: 4:23-cv-01102-JM-JTK

**ERIC HIGGINS,** *et al*.  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 72) is GRANTED;

2. Plaintiff's Complaint, as amended, is DISMISSED without prejudice; and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of June 2024.

_____
UNITED STATES DISTRICT JUDGE