IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN PROVENCIO,** **PLAINTIFF**
**# 269126**

v.           CASE NO: 4:23-cv-01102-JM

**ERIC HIGGINS,** *et al***.**           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of June 2024.

_____
UNITED STATES DISTRICT JUDGE